UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD A. MOTLEY, III,

        Plaintiff,

                                       CASE NO. 2:13-CV-12517
v.                                HONORABLE DENISE PAGE HOOD

WILLIAM R. FORD,

        Defendant.
_____/

**JUDGMENT**

       This action having come before the Court and the Court having issued an order

dismissing the case this date,

       Accordingly,

       Judgment is entered in favor of Defendant and against Plaintiff.


                                  DAVID J. WEAVER
                                  CLERK OF COURT

Approved:                         By: s/Richard Loury
                                  Deputy Clerk


s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: June 28, 2013

Detroit, Michigan