UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD A. MOTLEY, III,

    Plaintiff,

v.       CASE NO. 2:13-CV-12517
    HONORABLE DENISE PAGE HOOD

WILLIAM R. FORD,

    Defendant.
_____/

## JUDGMENT

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

    DAVID J. WEAVER
    CLERK OF COURT

Approved:       By: s/Richard Loury
    Deputy Clerk

s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: June 28, 2013

Detroit, Michigan